OPINION — AG — **** FIRE DEPARTMENT — FEMALE MEMBERS RIGHTS **** PURSUANT TO 11 O.S. 1970 Supp., 361 [11-361] ET SEQ., AND 25 O.S. 1970 Supp., 1302 [25-1302], A FEMALE OF A FIRE DEPARTMENT OF ANY INCORPORATED CITY OR TOWN IN THE STATE OF OKLAHOMA IS ELIGIBLE FOR PARTICIPATION IN THE FIREMEN'S RELIEF AND PENSION FUND IN THAT CITY OR TOWN. CIT: 11 O.S. 1970 Supp., 364 [11-364], OPINION NO. 69-344 (LARRY FRENCH)